FILED
SEP 05 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ANGEL DELGADILLO-ELIAS, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 13CR2177-WQH <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Information in Criminal Case No. 13CR2177-WQH is hereby dismissed without prejudice.

DATED: 9/5/13

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge